IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMMY J. BADEAUX,<br>   Plaintiff,<br><br> v.<br><br>JOSEPH R. BIDEN, President of the<br>United States in his official capacity, *et al.*,<br><br>   Defendants. | Civ. No. 2:22-cv-4247 |

**NOTICE OF APPEARANCE**

Kate Talmor, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendants Joseph R. Biden, in his official capacity as President of the United States, Miguel Cardona, in his official capacity as Secretary of Education, and the U.S. Department of Education.

 Respectfully submitted,

 BRIAN M. BOYNTON
 Principal Deputy Assistant Attorney General

 MARCIA BERMAN
 Assistant Branch Director

 */s/ Kate Talmor*
 KATE TALMOR
 Trial Attorney (MD Bar )
 U.S. Department of Justice
 Civil Division, Federal Programs Branch
 1100 L Street NW
 Washington, DC 20005
 (202) 305-5267
 kate.talmor@usdoj.gov

 *Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Plaintiff herein by electronically filing a copy through the Court's CM/ECF system, which will automatically serve a copy to all counsel of record on November 9, 2022.

 *s/ Kate Talmor*
Kate Talmor
Trial Attorney