# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

TOMMY J. BADEAUX,

               Plaintiff,

   v.

JOSEPH R. BIDEN, President of the United States in his official capacity, *et al.*,

               Defendants.

Civil Action No. 2:22-cv-4247

## CONSENT MOTION TO STAY PROCEEDINGS PENDING DECISION OF THE U.S. SUPREME COURT

    Defendants' response to Plaintiff's complaint currently is due January 17, 2023. Defendants hereby move the Court to stay proceedings in this action pending resolution by the Supreme Court of cases challenging the same program challenged here. Defendants have conferred with counsel for Plaintiff, who have indicated consent to Defendants' request.

    Good cause exists to grant Defendants' motion. First, there remains no pressing need for this case to be resolved on the merits because the student loan forgiveness program challenged in this lawsuit has been enjoined and vacated on a nationwide basis in two related cases. *See Nebraska v. Biden*, --- F.4th ----, 2022 WL 16912145 (8th Cir. Nov. 14, 2022) (granting an injunction pending appeal); *Brown v. U.S. Dep't of Education*, No. 4:22-CV-908-P, 2022 WL 16858525 (N.D. Tex. Nov. 10, 2022) (entering summary judgment for Plaintiffs and vacating the program). Furthermore, the Supreme Court has granted certiorari before judgment in both cases and scheduled oral arguments for February 28, 2023. *See Nebraska v. Biden*, No. 22-506, 2022 WL 17348754 (U.S. Dec. 1, 2022); *Brown v. U.S. Dep't of Education*, No. 22-535, 2022 WL 17574107 (U.S. Dec. 12, 2022). With the Supreme Court poised to provide guidance on the issues presented in this case, it would not be an efficient use of judicial and party resources to begin litigating this case now. Second, aside from judicial and party resources, the vacatur of the challenged program renders any further challenge to it moot. Because

the program currently is not being implemented, there remains nothing for this Court to review at this time. Finally, the requested stay will not prejudice any party in this matter. As stated above, counsel for Plaintiff has indicated to undersigned counsel that Plaintiff consents to Defendants' request for a stay.

For these reasons, Defendants respectfully request the Court stay this matter pending resolution by the Supreme Court of the related cases set to be argued February 28, 2023.

Dated: January 17, 2023                                   Respectfully submitted,

                                                          BRIAN M. BOYNTON
                                                          Principal Deputy Assistant Attorney General

                                                          BRIAN D. NETTER
                                                          Deputy Assistant Attorney General

                                                          MARCIA BERMAN
                                                          Assistant Branch Director

                                                          /s/ Kate Talmor
                                                          KATE TALMOR (Md. Bar)
                                                          R. CHARLIE MERRITT
                                                          CODY T. KNAPP
                                                          SAMUEL REBO
                                                          Trial Attorneys
                                                          U.S. Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          1100 L Street NW
                                                          Washington, DC 20005
                                                          (202) 305-5267
                                                          kate.talmor@usdoj.gov

                                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are CM/ECF participants and service of this filing will be accomplished through filing on the public docket.

*/s/ Kate Talmor*
KATE TALMOR (Md. Bar)
