# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

TOMMY J. BADEAUX,

    Plaintiff

v.

JOSEPH R. BIDEN, President of the United States in his official capacity, *et al.*,

    Defendants

Civil Action No. 2:22-cv-4247

## ORDER

Considering Defendants' Consent Motion to Stay Further Proceedings pending resolution by the Supreme Court raising the same issues presented in this matter, and for good cause shown;

**IT IS ORDERED** that Defendants' motion is **GRANTED**. The parties are to meet and confer and, within 10 days of any decision by the Supreme Court in *Nebraska v. Biden*, No. 22-506, 2022 WL 17348754 (U.S. Dec. 1, 2022), and/or *Brown v. U.S. Dep't of Education*, No. 22-535, 2022 WL 17574107 (U.S. Dec. 12, 2022), file a joint status report setting forth the parties' positions on whether, and how, this litigation should proceed.

**New Orleans, Louisiana, this 20th day of January, 2023.**

                                                            **SUSIE MORGAN**
                                     **UNITED STATES DISTRICT JUDGE**