UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMMY J. BADEAUX;<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States in his official capacity; MIGUEL A. CARDONA, United States Secretary of Education in his official capacity; UNITED STATES DEPARTMENT OF EDUCATION;<br><br>Defendants. | Civil Action No. 2:22-cv-4247 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), given the ruling of the U.S. Supreme Court in *Biden v. Nebraska* (No. 22-506), vindicating many of the claims raised herein, Plaintiff Tommy Badeaux hereby gives notice that its claims in this action are voluntarily dismissed without prejudice. Defendants have not served an answer or motion for summary judgment in this case. Plaintiff notices its voluntary dismissal, and each side shall bear its own costs. *See* Fed. R. Civ P. 41(a)(1)(B).

Respectfully submitted this 11th day of August 2023.

/s/ Jim Baehr

James Baehr (LSBA 35431), T.A.
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130

Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org
Attorneys for Plaintiff

2